**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 12-7964**

—————————

ROBERT HENRY DAVIS, a/k/a Pops,

                Defendant - Appellant,

        v.

UNITED STATES OF AMERICA,

                Plaintiff - Appellee.

—————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge.   (8:00-cr-00424-PJM-2)

—————————

Submitted:  February 26, 2013          Decided:  March 1, 2013

—————————

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Robert  Henry  Davis,  Appellant  Pro  Se.   Hillary  Anne  Davidson,
OFFICE  OF  THE  UNITED  STATES  ATTORNEY,  Jonathan  Allen  Ophardt,
Special  Assistant  United  States  Attorney,  Greenbelt,  Maryland,
Mythili  Raman,  Assistant  United  States  Attorney,  John  Walter
Sippel,  Jr.,  Assistant  United  States  Attorney,  Baltimore,
Maryland, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Henry Davis appeals the district court's order denying his Fed. R. Crim. P. 36 motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See United States v. Davis, No. 8:00-cr-00424-PJM-2 (D. Md. Nov. 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED